# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON TREMAINE HALL,<br><br>Defendant. | Case No. 2:14-cr-00338-DMG - 20<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On August 27, 2024, Defendant Cameron Tremaine Hall made his initial on the petition for revocation of supervised release and warrant for arrest issued on April 1, 2024. Attorney Patrick Smith of the Indigent Defense Panel was appointed to represent Mr. Hall. The government was represented by Assistant U.S. Attorney Matt Coe-Odess. The defense submitted on the recommendation of Pretrial Services.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the Petition, including that Mr. Hall absconded from supervision for a period of time in 2022, and the information in the Pretrial Services Report reflecting that Mr. Hall currently lacks a stable residence.

B. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Given the finding with respect to non-appearance, the Court declines to make any finding with respect to danger to the community.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 27, 2024

                                           /s/
                               BRIANNA FULLER MIRCHEFF
                              UNITED STATES MAGISTRATE JUDGE